## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MARK HENDERSON, : No. 49 EM 2016

          Petitioner :

          v. :

COURT OF COMMON PLEAS :
PHILADELPHIA COUNTY, :

          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (providing that hybrid representation is not permitted).

    The Prothonotary is **DIRECTED** to forward the filings to counsel of record.